■ The People of the State of New York, Respondent, v Angel Padilla, Appellant.—Judgment, Supreme Court, New York County (Leslie Snyder, J.), rendered on or about May 19, 1987, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Murphy, P. J., Kassal, Rosenberger, Ellerin and Rubin, JJ.

■ The People of the State of New York, Respondent, v William Gary, Appellant.—Judgment, Supreme Court, New York County (Harold Baer, Jr., J.), rendered on February 13, 1985, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Kupferman, J. P., Ross, Milonas, Kassal and Rubin, JJ.

■ The People of the State of New York, Respondent, v Thomas Johnson, Appellant.—Judgment, Supreme Court, New York County (Thomas Galligan, J.), rendered on September 19, 1986, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Carro, J. P., Rosenberger, Ellerin, Wallach and Smith, JJ.